IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ROMA WAREHOUSE, INC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO.: 7:22-cv-00166 |
| EVANSTON INSURANCE COMPANY, | § § § | |
| Defendant. | § | |

## JOINT NOTICE OF SETTLEMENT

Please let this Notice of Settlement serve to notify the Court that the Parties herein have reached a settlement in this matter that resolves all disputes between all parties. The Parties are currently finalizing the settlement terms and payment. The Parties anticipate that they will submit a Joint Motion to Dismiss with Prejudice all claims within 60 days.

*[Signatures on following pages]*

Respectfully submitted,

By: */s/ Todd M. Tippett*
    Todd M. Tippett
    Attorney-in-Charge
    State Bar No. 24046977
    Southern Member ID No. 573544
    ttippett@zellelaw.com

(Of Counsel:)
Brandt R. Johnson
State Bar No. 00794030
Southern Member ID No. 369893
bjohnson@zellelaw.com
**ZELLE LLP**
901 Main Street, Suite 4000
Dallas, TX  75202
Telephone:     214-742-3000
Facsimile:     214-760-8994

**ATTORNEY FOR DEFENDANT EVANSTON INSURANCE COMPANY**

-and-

By:  */s/ Celeste Guerra (signed w/permission)*
    Larry W. Lawrence, Jr.
    Michael Lawrence
    lawrencefirm@gmail.com
    Celeste Guerra
    Celesteguerralaw2017@gmail.com

**LAWRENCE LAW FIRM**
3112 Windsor Road, Suite A234
Austin, TX  78703
Telephone:     956-994-0057
Facsimile:     800-507-4152

**ATTORNEYS FOR PLAINTIFF ROMA WAREHOUSE, INC.**

## CERTIFICATE OF SERVICE

      This is to certify that on June 7, 2023, a true and correct copy of the foregoing document was delivered to all known counsel of record in accordance with the Federal Rules of Civil Procedure as follows:

Larry W. Lawrence, Jr.
Michael Lawrence
lawrencefirm@gmail.com
Celeste Guerra
Celesteguerralaw2017@gmail.com
LAWRENCE LAW FIRM
3112 Windsor Road, Suite A234
Austin, TX  78703
Telephone:     956-994-0057
Facsimile:      800-507-4152
***Attorneys for Plaintiff Roma Warehouse, Inc.***

                                */s/ Todd M. Tippett*
                                Todd M. Tippett