United States District Court
Southern District of Texas
**ENTERED**
June 27, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ROMA WAREHOUSE, INC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.: 7:22-cv-00166 |
| | § | |
| EVANSTON INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING AGREED MOTION TO DISMISS WITH PREJUDICE

Plaintiff and Defendant jointly moved to dismiss this action in its entirety with prejudice, each party bearing its own costs. After considering the Motion, this Court is of the opinion that the Motion should be, in all things, **GRANTED**.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff and Defendant's Agreed Motion to Dismiss with Prejudice in its entirety is hereby GRANTED and this case is hereby DISMISSED with prejudice to Plaintiff's right to refile same.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all costs of Court and attorneys' fees shall be taxed to the party incurring same.

SO ORDERED June 27, 2023, at McAllen, Texas.

*Randy Crane*
Randy Crane
United States District Judge

**APPROVED AS TO FORM:**

By:   */s/ Todd M. Tippett*
    Todd M. Tippett
    Attorney-in-Charge
    State Bar No. 24046977
    Southern Member ID No. 573544
    ttippett@zellelaw.com

(Of Counsel:)
Brandt R. Johnson
State Bar No. 00794030
Southern Member ID No. 369893
bjohnson@zellelaw.com
**ZELLE LLP**
901 Main Street, Suite 4000
Dallas, TX  75202
Telephone:    214-742-3000
Facsimile:    214-760-8994

**ATTORNEY FOR DEFENDANT**
**EVANSTON INSURANCE COMPANY**

-and-

By:   */s/ Celeste Guerra (signed w/permission)*
    Larry W. Lawrence, Jr.
    Michael Lawrence
    lawrencefirm@gmail.com
    Celeste Guerra
    Celesteguerralaw2017@gmail.com

**LAWRENCE LAW FIRM**
3112 Windsor Road, Suite A234
Austin, TX  78703
Telephone:    956-994-0057
Facsimile:    800-507-4152

**ATTORNEYS FOR PLAINTIFF**
**ROMA WAREHOUSE, INC.**